IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 27 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-00211-ZLW

GREGORY STEWART HUBLER,

    Applicant,

v.

JOE ORTIZ, Director Colorado D.O.C., and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Applicant's "Motion to Treat Supplement Filed April 24, 2006, as a 'Petition for Re-Hearing' and Request for Leave to Proceed In Forma Pauperis" filed on April 26, 2006, is DENIED.

Dated: April 27, 2006

Copies of this Minute Order mailed on April 27, 2006, to the following:

Gregory Stewart Hubler
Prisoner No. 61108
Fremont Corr. Facility
PO Box 999
Canon City, CO 81215- 0999

                                 Secretary/Deputy Clerk