IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00211-ZLW

GREGORY STEWART HUBLER,

Applicant,

v.

JOE ORTIZ, Director Colorado D.O.C., and
JOHN SUTHERS, Attorney General of the State of Colorado,

Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

Applicant's "Combined Petition for Re-Hearing and Request to Add 8[th] Amendment Violation" filed on May 5, 2006, is DENIED. Applicant's "Request for a Copy of Affidavit Filed in Dist. Court to Proceed In Forma Pauperis" filed on May 5, 2005, is denied because Applicant has not submitted an affidavit in support of a request to proceed in forma pauperis on appeal.

Dated: May 8, 2006

Copies of this Minute Order mailed on May 8, 2006, to the following:

Gregory Stewart Hubler
Prisoner No. 61108
Fremont Corr. Facility
PO Box 999
Canon City, CO 81215- 0999

_____
Secretary/Deputy Clerk